JAMES E. BROWN, Supervising Deputy City Attorney #162579
ROSEMARY KOO, Deputy City Attorney #250927
CITY OF RIVERSIDE
City Hall, 3900 Main Street
Riverside, California 92522
Telephone  (951) 826-5567
Facsimile   (951) 826-5540
jbrown@riversideca.gov

JS-6

Attorneys for Defendants
CITY OF RIVERSIDE, a California charter city and municipal corporation, on its own behalf and as erroneously sued and served as "Riverside Police Department", PHILLIP FERNANDEZ, CARLOS FLORES, JOEL HART, ROGELIO SERRATO, STEVEN VERDICK, TRAVIS WATERS, JOSHUA STURDAVANT, FRANK PATINO and RUSS LEACH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALBERT MORALES,<br><br>Plaintiff,<br><br>v.<br><br>City of Riverside, RIVERSIDE POLICE DEPARTMENT, Police Chief Russ Leach in his official and individual capacity, Officer Carlos Flores #651, Officer Rogelio Serrato #1569, Phillip Fernandez #618, Officer Travis Waters #1343, Officer Joshua Sturdavant #1631, Officer Steven Verdick, Officer Joel Hart, Sgt. Frank Patino #287, DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  ED CV11-01948 FMO (SPx)<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL |

On February 27, 2013, the parties jointly submitted a Stipulation of Dismissal to the Court.

/ / /

/ / /

/ / /

Accordingly, the above entitled action is dismissed with prejudice, and the parties will bear their own respective costs and fees.

IT IS SO ORDERED.

Dated this  1st day of          March            , 2013.


                              _____/s/_____
                              THE HONORABLE FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE